Donald ANDREWS, Plaintiff—
Appellant,

v.

Wolcott Rivers GATES; W. Brantley Basnight; David M. Bastiaans; Richard E. Biemiller; Steven L. Brown; Adam M. Carroll; Barry Dorans; Carl A. Eason; Cheshire I'Anson Eveleigh; John F. Faber; Ronald M. Gates; Ameet I. Habib; Douglas E. Kahle; Kyle D. Korte; Stephan J. Lipskis; Samuel W. Meekins; Mark V. Pascucci; M. Powell Peters; Stephen P. Pfeiffer; Anthony F. Radd; David N. Reda; Cartwright R. Reilly; Wilson L. Rivers; Glen M. Robertson; C. Arthur Robinson; John F. Sawyer; Cullen D. Speckhart; Leslie R. Watson; Marshall A. Winslow; Edward W. Wolcott; Brandon H. Zeigler, Defendants–Appellees.

No. 14–1763.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 9, 2014.

Decided: Dec. 12, 2014.

Donald Andrews, Appellant Pro Se. Brendan David O'Toole, Williams Mullen, Richmond, Virginia, for Appellees.

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald W. Andrews, Jr., appeals the district court's order dismissing this action alleging malicious prosecution, extortion, RICO violations and mail fraud. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Andrews v. Wolcott Rivers Gates,* No. 3:14–cv–00076–HEH, 2014 WL 3016483 (E.D.Va. July 3, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*